# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

159002

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ROBERT F. BROZ and KIMBERLY BROZ,
        Plaintiffs-Appellants,

v

PLANTE & MORAN, PLLC,
        Defendant-Appellee.

SC: 159002
COA: 340381
Otsego CC: 12-014346-NM

_____/

On order of the Court, the application for leave to appeal the December 11, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Part II.A. of the Court of Appeals judgment addressing professional negligence (malpractice), and we REMAND this case to that court for reconsideration of that issue in light of *Cox v Flint Bd of Hosp Mgrs*, 467 Mich 1 (2002) (holding MCL 600.2912a does not apply to nurses). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

t0612